UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUDOLPH P. MAES,<br><br>        Petitioner,<br><br>    v.<br><br>K. HARRINGTON,<br><br>        Respondent. | No. CV 09-1617-CJC (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

    IT IS ORDERED that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: January 20, 2010

                                            CORMAC J. CARNEY<br>
                                    UNITED STATES DISTRICT JUDGE