UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RUDOLPH P. MAES, | ) | No.  CV 09-1617-CJC (AGR) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| K. HARRINGTON, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the First Amended Petition in this matter is denied and dismissed with prejudice.

DATED: January 20, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE